IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARC LOUISSAINT,**
**ALIEN # A74-680-970,**

    **Petitioner,**

**vs.**                                      **Case Number 4:06cv584-SPM/WCS**

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS, DAVID WING,**
**DAVID HARVEY, and the**
**DEPARTMENT OF**
**HOMELAND SECURITY**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

    This case was initiated by the *pro se* Petitioner on December 26, 2006, doc. 1, with the submission of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. At the time of case initiation, Petitioner did not pay the filing fee or submit an *in forma pauperis* motion. Thus, an order was entered on December 28, 2006, directing Petitioner to either pay the filing fee or file the motion. Doc. 3. On January 4, 2007, that order was returned to the Court with a stamp indicating Petitioner was "no longer" at the Wakulla County Jail. Doc. 4.

A telephone call was placed to officials at the Jail to determine Petitioner's current whereabouts and housing location. Officials advised that Petitioner was removed to his native country of Haiti on January 4, 2007. Accordingly, no further action need be taken on this case as Petitioner appears to have been granted the relief he sought - release from detention.[1] Because officials at the Wakulla County Jail advise that Petitioner has now been removed to Haiti, this petition is moot. Additionally, because neither the filing fee nor *in forma pauperis* motion was submitted, this case could appropriately be administratively closed because it has not technically commenced pursuant to N.D. Fla. Loc. R. 5.1(H).

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Marc Louissaint**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 5, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

---

[1] In the petition, Petitioner asserted he was ordered removed on November 19, 2005, and the order became final when he withdrew his appeal on February 21, 2006. Doc. 1, p. 4. He claimed to have been in custody since March 4, 2005. *Id.*, at 1. Petitioner is a native of Haiti. *Id.* He sought only release from detention and did not challenge the order of removal.

Case Number 4:06cv584-SPM/WCS

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**