IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK LOUISSAINT,
ALIEN #A74-680-970,

     Petitioner,

vs.                                  CASE NO. 4:06cv584-SPM/WCS

ALBERTO GONZALES, et al.,

     Respondents.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated January 5, 2007 (doc. 5). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed as moot.

DONE AND ORDERED this 9th day of February, 2007.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     United States District Judge